# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Brian Dewayne Ali, Jr.,

    Defendant.

_____/

Case: 2:16-cr-20667
Judge: Murphy, Stephen J.
MJ: Majzoub, Mona K.
Filed: 10-04-2016 At 04:08 PM
INDI USA V. ALI (DA)

Violations: 18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)

On or about December 30, 2015, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that BRIAN DEWAYNE ALI did unlawfully take and obtain U.S. Currency in the approximate amount of $9,366.73 from the person and presence of

employees of Check Into Cash, located at 36827 Mount Road, Sterling Heights, Michigan, against her will by means of actual and threatened force, violence and injury, immediate and future, to her person, that is: BRIAN DEWAYNE ALI robbed an employee at gun point, all in violation of 18 U.S.C. § 1951(a).

## COUNT TWO
(18 U.S.C. § 924(c) – Use of a Firearm During and in Relation to a Crime of Violence)

On or about December 30, 2015, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count One of this indictment, all in violation of 18 U.S.C. § 924(c).

## COUNT THREE
(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)

On or about January 21, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery as that term is defined in

2

Title 18, United States Code, Section 1951, in that BRIAN DEWAYNE ALI did unlawfully take and obtain U.S. Currency in the approximate amount of $1,276 from the person and presence of employees of Check Into Cash, located at 4998 Highland Road, Waterford, Michigan, against his will by means of actual and threatened force, violence and injury, immediate and future, to his person, that is: BRIAN DEWAYNE ALI robbed an employee at gun point, all in violation of 18 U.S.C. § 1951(a).

## COUNT FOUR
(18 U.S.C. § 924(c) – Use of a Firearm
During and in Relation to a Crime of Violence)

On or about January 21, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Three of this indictment, all in violation of 18 U.S.C. § 924(c).

## COUNT FIVE
(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)

On or about January 29, 2016, in the Eastern District of Michigan,

3

the defendant, BRIAN DEWAYNE ALI, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that BRIAN DEWAYNE ALI did unlawfully take and obtain U.S. Currency in the approximate amount of $4,500 from the person and presence of employees of Advance America Cash, located at 47171 Van Dyke Avenue, ~~Sterling Heights~~ *Shelby Township*, Michigan, against her will by means of actual and threatened force, violence and injury, immediate and future, to her person, that is: BRIAN DEWAYNE ALI robbed an employee at gun point, all in violation of 18 U.S.C. § 1951(a).

### COUNT SIX
(18 U.S.C. § 924(c) – Use of a Firearm
During and in Relation to a Crime of Violence)

On or about January 29, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Five of this

4

indictment, all in violation of 18 U.S.C. § 924(c).

## COUNT SEVEN
(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)

On or about February 10, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that BRIAN DEWAYNE ALI did unlawfully take and obtain U.S. Currency in the approximate amount of $2,000 from the person and presence of employees of Advance America Cash, located at 36807 Garfield Road, Clinton Township, Michigan, against her will by means of actual and threatened force, violence and injury, immediate and future, to her person, that is: BRIAN DEWAYNE ALI robbed an employee at gun point, all in violation of 18 U.S.C. § 1951(a).

## COUNT EIGHT
(18 U.S.C. § 924(c) – Use of a Firearm During and in Relation to a Crime of Violence)

On or about February 10, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did knowingly

brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Seven of this indictment, all in violation of 18 U.S.C. § 924(c).

## COUNT NINE
(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)

On or about February 25, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that BRIAN DEWAYNE ALI did unlawfully take and obtain U.S. Currency in the approximate amount of $1,540 from the person and presence of employees of Cash Advance, located at 5570 Dixie Highway, Waterford, Michigan, against her will by means of actual and threatened force, violence and injury, immediate and future, to her person, that is: BRIAN DEWAYNE ALI robbed an employee at gun point, all in violation of 18 U.S.C. § 1951(a).

## COUNT TEN
(18 U.S.C. § 924(c) – Use of a Firearm
During and in Relation to a Crime of Violence)

On or about February 25, 2016, in the Eastern District of Michigan, the defendant, BRIAN DEWAYNE ALI, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Nine of this indictment, all in violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Ten of this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in Counts Two, Four, Six, Eight, and Ten of this Indictment, the defendant, BRIAN DEWAYNE ALI, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and/or ammunition involved in or used in the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be

divided without difficult,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

                                           THIS IS A TRUE BILL.

Dated: October 4, 2016

                                           s/ Grand Jury Foreperson
                                           Grand Jury Foreperson

BARBARA L. MCQUADE
United States Attorney


s/ Christopher Graveline
Christopher Graveline
Chief, Violent and Organized Crimes Unit


s/ Mark Chasteen                                s/ Shane Cralle
Mark Chasteen                                     Shane Cralle
Assistant U.S. Attorney                      Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov{er} | Case: 2:16-cr-20667<br>Judge: Murphy, Stephen J.<br>MJ: Majzoub, Mona K.<br>Filed: 10-04-2016 At 04:08 PM<br>INDI USA V. ALI (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

Case Title: USA v. Brian Dewayne Ali, Jr.

County where offense occurred: Macomb and Oakland

Check One:  ☒ Felony    ☐ Misdemeanor    ☐ Petty

   ✓ Indictment/____ Information --- **no prior complaint.**
   ____ Indictment/____ Information --- based upon prior complaint [Case number: ]
   ____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____  Judge: _____

   ☐  Original case was terminated; no additional charges or defendants.
   ☐  Corrects errors; no additional charges or defendants.
   ☐  Involves, for plea purposes, different charges or adds counts.
   ☐  Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 4, 2016
   Date

Shane Cralle
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9551
Fax: 313-226-5892
E-Mail address: shane.cralle@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                10/13/09